FILED
08 APR -3 PM 12:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Raymond T. Cruz

Plaintiff,

vs.

Dr Kasawa et al.

Defendant.

CASE NO. CV 08 1788

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Raymond T. Cruz, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  1990, Riverside Community Hospital, Intercept Program
5  Counselor 1800.00 Month
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9  a.   Business, Profession or       Yes ___ No X
10       self employment
11 b.   Income from stocks, bonds,    Yes ___ No X
12      or royalties?
13 c.   Rent payments?                Yes ___ No X
14 d.   Pensions, annuities, or       Yes ___ No X
15      life insurance payments?
16 e.   Federal or State welfare payments,  Yes ___ No X
17      Social Security or other govern-
18      ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?   NO          Yes ___ No X
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support: $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

  b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ NONE _____

_____

5. Do you own or are you buying a home? Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes _X_ No ___ Amount: $ $180.00

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do

1 you have any other debts? (List current obligations, indicating amounts and to whom they are
2 payable. Do not include account numbers.)
3 _____NONE_____
4 _____
5 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 in other lawsuits?   Yes ___ No  X
7 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 which they were filed.
9 _____
10 _____
11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16   3/23/08                                       [signature]
17      DATE                                   SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

1
2                                              Case Number: _____
3
4
5
6
7
8
9                       CERTIFICATE OF FUNDS
10                              IN
11                      PRISONER'S ACCOUNT
12
13      I certify that attached hereto is a true and correct copy of the prisoner's trust account
14  statement showing transactions of **Cruz, Raymond** H-42586 for the last six months
15  at
    **SALINAS VALLEY STATE PRISON**
16  **ACCOUNTING DEPARTMENT**
    **P.O. BOX 1020**            [prisoner name]
    **SOLEDAD, CA 93960-1020**
17  _____ where (s)he is confined.
18              [name of institution]
19      I further certify that the average deposits each month to this prisoner's account for the
20  most recent 6-month period were $ __0__ and the average balance in the prisoner's
21  account each month for the most recent 6-month period was $ __15.00__.
22
23  Dated: __3/28/08__                    _L. Macias_____
24                                        [Authorized officer of the institution]
25
26
27
28

1
2                                           Case Number: _____
3
4
5
6
7
8                           CERTIFICATE OF FUNDS
9                                      IN
10                          PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of ___Raymond T. Cruz___ for the last six months
14   at
15                                   [prisoner name]
16   _____ where (s)he is confined.
17         [name of institution]
18         I further certify that the average deposits each month to this prisoner's account for the
19   most recent 6-month period were $ _____ and the average balance in the prisoner's
20   account each month for the most recent 6-month period was $_____.
21
22   Dated:_____                    _____
23                                          [Authorized officer of the institution]
24
25
26
27
28

```
REPORT ID: TS3030   .701                              REPORT DATE: 03/27/08
                                                      PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         SALINAS VALLEY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 27, 2008

ACCOUNT NUMBER : H42586                    BED/CELL NUMBER: FAB3T1000000126L
ACCOUNT NAME   : CRUZ, RAYMOND                ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE   DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -----------    ---------   ---------   --------   -----------   -------
09/01/2007    BEGINNING BALANCE                                                15.00
10/22  FC06  DRAW-FAC 6     1140 D2                             15.00           0.00
       ACTIVITY FOR 2008
03/17  D300  CASH DEPOSIT   2411 7450               180.00                    180.00
03/24  FC01  DRAW-FAC 1     2477 A3                             180.00          0.00

                              TRUST ACCOUNT SUMMARY
 BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS       TRANSACTIONS
  BALANCE      DEPOSITS     WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED
 ---------    ---------    ------------    ---------    ---------    -------------
   15.00       180.00         195.00         0.00         0.00           0.00
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 3/28/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  L. Macias SVSP
TRUST OFFICE

CURRENT AVAILABLE BALANCE

0.00