**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND T. CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. KASAWA, et al.,<br><br>　　　　Defendants.　　　　　／ | No. C 08-01788 CW (PR)<br><br>ORDER TERMINATING PENDING<br>MOTIONS AS MOOT |

　　This is a civil rights action that has been closed as of October 22, 2008.

　　Before the Court are Plaintiff's motion for appointment of counsel and his "Motion to Have the U.S. Marshall [sic] Serve Defendants with a Summons and Complaint." Because this case is closed, his motions are TERMINATED as moot.

　　This Order terminates Docket nos. 11 and 12.

　　IT IS SO ORDERED.

Dated:　6/23/09

　　　　　　　　　　　　　　　　　　／s／ Claudia Wilken
　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND T. CRUZ,

        Plaintiff,

v.

KASAWA et al,

        Defendant.

Case Number: CV08-01788 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond T. Cruz H-42586
D8-128
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: June 23, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2